In the Matter of the Accounting of NIAGARA COUNTY NATIONAL BANK AND TRUST COMPANY, as Trustee under the Will of JOHN STAATS, Deceased.

CHRIST STAATS, as Administrator of the Estate of JOHN F. STAATS, Deceased, et al., Respondents; MINNA CLARK et al., Appellants.

Argued October 8, 1947; decided October 17, 1947.

*Raymond J. Cothran* for appellants.
*Warren F. Thompson* for Christ Staats, respondent.

Order affirmed, with costs to all parties appearing separately and filing briefs payable out of the fund. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.